STATE OF NEW JERSEY v. GREGORY BARNES.

February 6, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. A.N.J., III.

February 6, 1984.

Petition for certification granted.   (See 192 *N.J.Super.* 350)

STATE OF NEW JERSEY v. ALVIN LYONS.

February 6, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. JEROME PERKINS.

February 6, 1984.

ORDERED that the motion for leave to appeal is granted, and the matter is summarily remanded to the Appellate Division to permit the filing of Appellant's brief within 14 days of the filing of the resentencing application transcript.

Jurisdiction is not retained.